CHASE NATIONAL BANK OF THE CITY OF NEW YORK, as Trustee under Indenture between CHARLES L. COBB and Said Bank, Respondent, *v.* J. HOWARD MCGRATH, Attorney General of the United States, as Successor to the Alien Property Custodian, Intervener, Appellant, and BRUNO REINICKE, JR., et al., Respondents.

Argued May 22, 1950; decided June 2, 1950.

*Robert B. McKay* and *James L. Morrison, Attorneys,* Department of Justice, *Harold I. Baynton, Acting Director,* Office of Alien Property, and *Irving H. Saypol, United States Attorney for the Southern District of New York,* for appellant.

*Thomas A. Ryan* for Chase National Bank, respondent.

*Jeremiah P. Lyons,* guardian ad litem for infants and persons unknown.

Judgment affirmed, with costs to the respondents payable out of the fund; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.